FILED
U.S. DISTRICT COURT

2009 SEP 15 A 10: 42

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Patrick Lee Dempsey, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> Cristy Bordon, Brent Butcher, and Tom Paterson, <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br><br><br> Case No. 2:09-CV-306 DB |

    Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on August 3, 2009, recommending Plaintiff's case be dismissed for failure to prosecute and failure to respond to the Magistrate Judge's July 1 Order directing the Plaintiff to amend his Complaint to include "in writing, specific cause(s) of action alleged and the specific ground of relief sought."

    The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  Neither party has filed such an objection.

    Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and

DISMISSES the Plaintiff's case.

It is so ordered.

Dated this 15 day of September, 2009.

BY THE COURT

_____
Dee Benson, Judge
United States District Court